**Order entered March 15, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-01025-CR**
**No. 05-18-01026-CR**
**No. 05-18-01027-CR**

**PHILLIP BRUCE CROCKETT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1676525-U**

## ORDER

The State's motion for extension of time to file its brief is **GRANTED**, and the time for the State to file its brief is extended to April 17, 2019.

/s/    LANA MYERS
        PRESIDING JUSTICE